O

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR14-625 ODW |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) |
| v. ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Felix Alejandro Beltran-Bolanos ) Defendant. ) | |

On arrest warrant issued by the United States District Court for the Central District of Cal. involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

See PSA report

B. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: December 23, 2016

Frederick F. Mumm
United States Magistrate Judge

2